IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                         CASE NO. 5:15-CR-50016-001

SERGIO CALDERON-RAMIREZ
a/k/a JAVIER CALDERON-RAMIREZ                                   DEFENDANT

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 13) filed in this case on March 30, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter (Doc. 12).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's guilty plea is accepted, and the written plea agreement is **TENTATIVELY APPROVED**, subject to final approval at sentencing.

**IT IS SO ORDERED** this 31st day of March, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE